# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **EDMUND AWAH** | * | |
| Plaintiff | * | |
| v. | * | Civil No. **PJM 10-1455** |
| **E.R. SOLUTIONS, INC., et al.** | * | |
| Defendants | * | |

## ORDER

On November 5, 2010 the Court ordered the Clerk of the Court to reissue summons in this case and directed Plaintiff Edmund Awah to serve Defendants E.R. Solutions, Inc. and Verizon Wireless NRO within 120 days. Plaintiff, having failed to serve the Summons and Complaint upon Defendants, and having failed to show good cause for his failure to serve, it is this 27th day of June, 2011

**ORDERED**

1. The above-captioned matter is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.; and

2. The Clerk of the Court is directed to **CLOSE** this case and **MAIL** a copy of this Order to Plaintiff.

/s/_____

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**